*UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA*

---

*High Sharp Electronic Limited*
                    *Plaintiff(s)*

                                                           VS.                          *Case No: 5:25-cv-04605-CVK*

*Semiconductor Manufacturing International Corporation, et al.*

                    *Defendant(s)*

---

### AFFIDAVIT OF SERVICE

*I, Orion Cartelli, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Summons, Standing Order for Civil Cases, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Electronic Filing Re: Order Reassigning Case, Notice of Electronic Filing Re: Clerks Notice Resetting Case Management Conference Following Reassignment, Joint Case Management Statement & Proposed Order, Standing Order for Civil Cases for Magistrate Judge Virginia K. Demarchi, Standing Order Re: Pretrial Preparation for Magistrate Judge Virginia K. Demarchi, Standing Order for all Judges of the Northern District of California, and Complaint with Exhibit A in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 07/10/2025 at 03:16 PM, I served Semiconductor Manufacturing South China Corporation at 1732 North First Street, Suite 200, San Jose, California 95112 with the Summons, Standing Order for Civil Cases, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Electronic Filing Re: Order Reassigning Case, Notice of Electronic Filing Re: Clerks Notice Resetting Case Management Conference Following Reassignment, Joint Case Management Statement & Proposed Order, Standing Order for Civil Cases for Magistrate Judge Virginia K. Demarchi, Standing Order Re: Pretrial Preparation for Magistrate Judge Virginia K. Demarchi, Standing Order for all Judges of the Northern District of California, and Complaint with Exhibit A by serving John Doe, Managing Agent, authorized to accept service.*

*John Doe is described herein as:*

*Gender: Male   Ethnicity: Asian American      Age: 30    Weight: 200         Height: 6'0"      Hair: Black*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 07/11/2025*

                                                                                    *Orion Cartelli*

                                                                          *Client Ref Number: 3060/0001*
                                                                                    *Job #:13670102*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*