United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HIGH SHARP ELECTRONIC LIMITED,

Plaintiff,

v.

SEMICONDUCTOR MANUFACTURING INTERNATIONAL CORPORATION, et al.,

Defendants.

Case No.   25-cv-04605-EJD

**JUDGMENT**

On February 24, 2026, the Court dismissed Plaintiff High Sharp Electronic Limited's ("High Sharp")'s claims against Defendant Semiconductor Manufacturing South China Corporation's ("SMSC") with prejudice.  Order, ECF No. 45.  The Court also dismissed Plaintiff's claims against Defendants Semiconductor Manufacturing International Corporation ("SMIC") and SMIC, Americas ("SMIC USA"), but granted Plaintiff twenty-one days to replead the claims against those Defendants.  *Id.*

That deadline has passed, and Plaintiff has not filed an amended complaint.  Consequently, the action is DISMISSED WITH PREJUDICE.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 25-cv-04605-EJD
JUDGMENT

1